Certificate Number: 14424-ILN-DE-034300454

Bankruptcy Case Number: 20-06119



14424-ILN-DE-034300454

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 1, 2020</u>, at <u>4:28</u> o'clock <u>PM EDT</u>, <u>Joe Tram</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date: <u>April 1, 2020</u>

By: <u>/s/Mabelyn Ramirez</u>

Name: <u>Mabelyn Ramirez</u>

Title: <u>Instructor</u>